DANIEL G. BOGDEN
United States Attorney
District of Nevada
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIKKI L. COLEMAN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>    Defendant. )<br>) | Case No. 2:16-cv-00954-KJD-NJK]<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on July 6, 2016, by 30 days, through and including August 5, 2016.

    An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record.  This request is made in good faith with no intention to unduly delay the proceedings.

-2-

Counsel for Defendant conferred with Plaintiff's counsel , who has no opposition to this motion, on June 30, 2016.

Respectfully submitted this 1st day of July 2016.

DANIEL G. BOGDEN
United States Attorney

/s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 5, 2016

-3-

## CERTIFICATE OF SERVICE

I, **Marcelo Illarmo**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

    Marc V. Kalagian
    Law Offices of Rohlfing & Kalagian, LLP
    211 East Ocean Boulevard, Suite 420
    Long Beach, CA 90802
    Tel.: (562) 437-7006
    Fax: (562) 432-2935
    E-mail: marc.kalagian@rksslaw.com


Dated this 1st day of July 2016.

                                      */s/ Marcelo Illarmo*
                                      **MARCELO ILLARMO**
                                      Special Assistant United States Attorney