DANIEL G. BOGDEN
United States Attorney
District of Nevada
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8944
     Facsimile: (415) 744-0134
     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VIKKI L. COLEMAN, ) | Case No. 2:16-cv-00954-KJD-NJK] |
|     Plaintiff, ) | |
| v. ) | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| CAROLYN W. COLVIN, ) | ***(SECOND REQUEST)*** |
| Acting Commissioner of Social Security, ) | |
|     Defendant. ) | |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on August 5, 2016 by 34 days, through and including September 8, 2016.

    An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record. In addition, Defendant's counsel will be on leave through September 7, 2016. This request is made in good faith with no intention to unduly delay the proceedings.

-2-

Counsel for Defendant conferred with Plaintiff's counsel , who has no opposition to this motion, on August 1, 2016.

Respectfully submitted this 3rd day of August 2016.

DANIEL G. BOGDEN
United States Attorney

/s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 3, 2016