# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VIKKI L. COLEMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 2:16-CV-00954-KJD-NJK

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#25) of Magistrate Judge Nancy J. Koppe entered March 29, 2017, recommending that Plaintiff's Motion to Remand or for Reversal (#22) be denied and that the Cross-motion to Affirm (#23) be granted. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#25) of the United States Magistrate Judge entered March 29, 2017, should be **ADOPTED** and **AFFIRMED**.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#25) entered March 29, 2017, are **ADOPTED** and **AFFIRMED;**

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand or for Reversal (#22) is **DENIED**;

IT IS FURTHER ORDERED that Defendant's Cross-motion to Affirm (#23) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff.

DATED this 4th day of May 2017.

_____
Kent J. Dawson
United States District Judge